# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILARY ARNOLD,** | **CASE NO. 1:21-CV-0682 AWI JLT** |
| **Plaintiff** | |
| v. | **ORDER ON PARTIES' STIPULATION AND ORDER STAYING CASE** |
| **CONDUENT COMMERCIAL SOLUTIONS, LLC, and DOES 1-20,** | (Doc. No. 5) |
| **Defendant** | |

On May 20, 2021, the parties filed a stipulation to stay this case and proceed to binding arbitration, per a contractual clause in a contract between Plaintiff and Defendant. See Doc. No. 5. As part of the stipulation, the parties request the Court stay this matter and retain jurisdiction in order to deal with any issues associated with a resulting arbitration award. See id. In order to expedite the resolution of this case, the Court will grant the parties' stipulation. However, it is not the Court's preference to have a case stayed for an indeterminate period of time. The Court is also wary of situations in which parties neglect to inform the Court when arbitration has been completed and a resolved case remains stayed on the docket. Therefore, the parties will be required to file regular status updates, as well as a notice of final arbitration award. The failure of the parties to file regular status updates or to file a notice of final arbitration award will likely result in the imposition of sanctions.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall PROCEED and SUBMIT this entire case to binding arbitration pursuant to the terms of the parties' May 2019 Offeree Arbitration Agreement and the Conduent Business Services Dispute Resolution Plan and Rules;

2. The arbitrator in this matter shall be selected pursuant to the procedures contained in the parties' May 2019 Offeree Arbitration Agreement and the Conduent Business Services Dispute Resolution Plan and Rules;

3. This case is STAYED pending binding arbitration of the parties' dispute;

4. This Court RETAINS jurisdiction in this matter to confirm, correct, or vacate the arbitration award;

5. At least once every three months, the parties shall file joint status reports with the Court;

6. Within twenty-one (21) days of issuance of a final arbitration award, the parties shall file a notice of the award with the Court, as well as an indication of whether and when the stay in this case can be lifted and the case closed (if appropriate); and

7. The failure of the parties to file status reports and a notice of arbitration award may form the basis of sanctions.

IT IS SO ORDERED.

Dated:  May 20, 2021                         _____
                                             SENIOR DISTRICT JUDGE